FIRST COMMERCIAL BANK OF CHICAGO, as Trustee, Trust No. 1111, Plaintiff-Appellee, *v.* POINT OF VIEW, INCORPORATED, Defendant-Appellant.

(No. 57208; ▮▮▮▮▮▮▮▮▮▮▮▮▮

First District (5th Division)—December 22, 1972.

*Modified upon denial of rehearing January 12, 1973.*

PER CURIAM.

John S. Wegerzyn, of Chicago, (Norbert J. Wegerzyn, of counsel,) for appellant.

No appearance for appellee.